IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEON D. VESSELL-BALL,<br>     Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO.4:09-CV-129-Y |
| DAVID WALKER, Sheriff,<br>Wise County, Texas,<br>     Respondent. | §<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the combined petition for writ of habeas corpus construed as seeking relief under 28 U.S.C. § 2241 of petitioner Leon D. Vessell-Ball, along with the May 22, 2009, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until June 12 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Leon D. Vessell-Ball's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.

SIGNED June 24, 2009.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE